FILED

JUL 2 4 2008

OA 91   Criminal Complaint

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

__NORTHERN__ DISTRICT OF __CAILFORNIA__

UNITED STATES OF AMERICA
V.

JOSE ANTONIO AGUILAR ESQUIVEL

CRIMINAL COMPLAINT   **WDB**

Case Number: **4-08-70470**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about __July 21, 2008__ in __Alameda__ County, in the __Northern__ District of __California__ defendant(s) did,

(Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute heroin and methamphetamine,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

**PENALTIES: MANDATORY MINIMUM 10 YEARS IMPRISONMENT; MAXIMUM LIFE IMPRISONMENT; $4,000,000 FINE; MINIMUM 5 YEARS SUPERVISED RELEASE, AND $100 SPECIAL ASSESSMENT.**

I further state that I am a(n) __SPECIAL AGENT__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: _JOSHUA HILL_ AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

7-24-08
Date

at San Francisco, California
City and State

MARIA-ELENA JAMES    U.S. Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

# AFFIDAVIT OF SAM UA IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Sam Ua, being duly sworn, do hereby depose and state:

## Affiant Background

2. I am a Special Agent (SA) of the United States Department of Justice, Drug Enforcement Administration (DEA). My duties and responsibilities involve the investigation of criminal violations of the Controlled Substances Act (Title 21, United States Code) and other duties imposed by law. I am participating in an investigation concerning the trafficking of crack cocaine and heroin.

3. I am currently assigned to the San Francisco Field Division, Oakland Resident Office Enforcement Group 1. I have been employed by the DEA since June 1999. I received formal training at the Drug Enforcement Administration Basic Agent Training Academy located at the DEA Training Center in Quantico, Virginia. This sixteen-week DEA Basic Agent Academy included instruction in, but not limited to, basic narcotic investigations, drug identification, drug detection, familiarization with United States narcotics laws, money laundering techniques and schemes, identification and seizure of drug-related assets, undercover work, and surveillance operations. I have been the affiant and participated in the execution of multiple search warrants in which controlled substances were seized. During my tenure with DEA, I have conducted and assisted in narcotics investigations, which have resulted in the arrests of numerous individuals for violations of federal and state narcotics laws. These investigations have covered illegal substances including marijuana, crystal methamphetamine, methamphetamine, ecstasy (MDMA), heroin, crack cocaine and cocaine. I have also received on-the-job training in advanced investigative techniques from senior DEA Agents.

## Purpose of Affidavit

4. The following facts are offered by way of my personal knowledge and information provided to me by the United States Marshals Service (USMS), police officers, local, state, and federal criminal records, and previous reports pertaining to this matter. Although USMS agents have provided me information pertaining to this matter orally, I have not reviewed the relevant USMS written reports. The affidavit is not intended to include each and every fact known by me and /or known by the government.

5. The following facts demonstrate that there is probable cause to believe that the defendant, **Jose Antonio AGUILAR-ESQUIVEL** did knowingly and intentionally possess with intent to distribute heroin, methamphetamine, and cocaine base, in violation of Title 21, United States Code, Section 841(a)(1)

### Facts Supporting Probable Cause

6. On July 21, 2008, Special Agents Sam Ua and Kenny Lee assisted USMS search the residence of **Jose Antonio AGUILAR-ESQUIVEL** located at Newark, California. **AGUILAR-ESQUIVEL** was a Fugitive out of Yakima, Washington. USMS had an arrest warrant for **AGUILAR-ESQUIVEL**. USMS agents executed the arrest warrant at **AGUILAR-ESQUIVEL's residence. AGUILAR-ESQUIVEL** gave written and verbal consent to USMS Agents to search the residence for contraband and weapons. **AGUILAR-ESQUIVEL** directed agents to a bedroom where approximately 1443.2 gross grams of black tar heroin, approximately 193.3 gross grams of crystal methamphetamine, approximately 33.4 gross grams of cocaine base, two digital scales, and $287,060.00 of U.S Currency were located in the bedroom.

7. Agents conducted a thorough search of the rest of the residence for additional contraband. Officer Padilla and his K-9 partner from the Fremont Police Department were called out to assist with the search. Agent located additional $22,100 of U.S Currency in **AGUILAR-ESQUIVEL's** bedroom. Agent located two hidden compartments in **AGUILAR-ESQUIVEL's** vehicle parked in the garage. Agent also located packaging materials in the garage.

8. Based on my aforementioned training and experience, I know that:

    a. Drug traffickers must maintain, on hand, large amounts of U. S. currency in order to maintain and finance their on-going drug businesses;

    b. It is common for drug traffickers to secrete contraband including marijuana, cocaine, and heroin, proceeds of drug sales, and records of drug transactions in secure locations within their residences, their businesses, vehicles, and/or other locations such as self-storage units over which they maintain dominion and control, for ready access, and to conceal these items from law enforcement authorities; and

c. The Courts have recognized that the small and medium denominations of questionable currency, along with the manner in which the currency is handled, carried, and concealed, may establish probable cause that there is a substantial connection between the questionable currency and drug transactions.

## Conclusion

9. Therefore, based on the aforementioned facts and my training and experience, there is probable cause to believe that **Jose Antonio AGUILAR-ESQUIVEL** did knowingly and intentionally possess with intent to distribute 1442.2 gross grams of heroin and approximately 193.3 gross grams of crystal methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

Sam Ua
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
this ___ day of July, 2008

HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1)-- possession of a controlled substance with intent to distribute

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY: MANDATORY MINIMUM 10 YEARS IMPRISONMENT; MAXIMUM LIFE IMPRISONMENT; $4,000,000 FINE; MINIMUM 5 YEARS SUPERVISED RELEASE, AND $100 SPECIAL ASSESSMENT.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 25 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ JOSE ANTONIO AGUILAR ESQUIVEL

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY  [ ] DEFENSE
} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

[X] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4-08-70470 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
[X] U.S. Attorney  [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JOSHUA HILL, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges ▶

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge

5) [ ] On another conviction } [X] Federal [ ] State

6) [X] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Alameda County Glenn E. Dyer Detention Facility

Has detainer been filed?  [ ] Yes  [ ] No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS  [X] NO PROCESS*  [ ] WARRANT    Bail Amount:

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:        Before Judge:

Comments: