

**Law Offices of**
**McDONNELL & KENT, INC.**
**A Professional Corporation**
418 East La Habra Boulevard
La Habra, CA 90631
http://www.mcdonnellandkent.com
(562) 694-3827 * Fax (562) 694-4280

**Mike R. McDonnell**
**Jeffrey D. Kent**

August 12, 2008

**THE HONORABLE MAGISTRATE**
**JUDGE WAYNE D. BRAZIL**
U.S. District Court Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612-5212

    Re: <u>USA vs. Jose Esquivel</u> – Mag. Case No. 4:08-mj-70470-WDB-1
          Request for Calendar Add-On August 14, 2008 10:00 a.m.

Your Honor:

    I have been retained to represent Defendant, Jose Esquivel in the above-referenced case. I request to be heard on August 14, 2008, at 10:00 a.m. for the purpose of substituting in as attorney of record. I would also request a Spanish interpreter for these proceedings.

    I have been in contact with Federal Defender Joyce Leavitt, who is currently attorney of record and she will be present for the substitution of attorney hearing. Further, I am in the process of determining my attorney admission status with the Northern District and will either be admitted or file a pro hac vice for this case representation.

    Thank you for your continued courtesy and cooperation.

                        Very truly yours,

                        /s/ Michael R. McDonnell

                        **MICHAEL R. McDONNELL**

MRM:kr