MICHAEL R. McDONNELL, CA State Bar #41463
mike@mcdonnellandkent.com
Law Office of McDonnell & Kent, Inc.
418 East La Habra Blvd.
La Habra, CA 90631
(562) 694-3827    (562) 694-4280 fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>JOSE ESQUIVEL,<br><br>  Defendant. | Case No. 4:08-MJ-70470-WDB-1<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE;* |

I, Michael R. McDonnell, an active member in good standing of the bar of United States District Court, Central District of California, hereby apply for admission to practice in the Northern District of California on a pro hac vice basis representing Jose Esquivel in the above-entitled action.

In support of this application, I certify on oath that:

1. I am a member in good standing with the Bar of the State of California since 1967.

2. I am an attorney admitted to practice in the United States District Court for the Central District of California in 1968, the Southern District of California in 1969, and the Eastern District of California in 1981.

3. I am admitted to practice in the California Supreme Court and have been a member in good standing since January 1968.

4. I am admitted to practice in the United States Supreme Court and have been a member in good standing since 1974.

5. I am admitted to practice in the 5th Circuit, New Orleans, Louisiana and have been a member in good standing since 1990.

6. I am admitted in the 9th Circuit Court of Appeal and have been a member in good standing since 1993.

7. I am admitted to practice in the United States District Court of Arizona and have been a member in good standing since 1992.

8. I was granted permission via pro hac vice to practice in the United States District Court of Georgia in 1995.

9. I was granted permission via pro hac vice to practice in the United States District Court, District of Nevada in 1995.

10. I was granted permission via pro hac vice to practice in the United States District Court, District of Oregon in 1996 and most recently in 2007.

11. I am admitted to practice in the United States District Court of Colorado and have been a member in good standing since 2001.

12. I was granted permission via pro hac vice to practice in the United States District Court, District of New Jersey in 2002.

13. I was granted permission via pro hac vice to practice in the United States District Court, District of Pennsylvania in 2003.

14. I was granted permission via pro hac vice to practice in the United States District Court, District of Hawaii in 2004.

15. I was granted permission via pro hac vice to practice in the United States District Court, District of Arizona in 2004.

16. I was granted permission via pro hac vice to practice in the United States District Court, Middle District of Florida in 2004.

17. I was granted permission via pro hac vice to practice in the United States District Court, Northern District of Texas in 2005.

18. I was granted permission via pro hac vice to practice in the United States District Court, Middle District of North Carolina in 2005.

19. I was granted permission via pro hac vice to practice in the United States District Court, Western District of Arkansas in 2005.

APPLICATION PRO HAC VICE - 3

20. I was granted permission via pro hac vice to practice in the United States District Court, District of Kansas in 2006.

21. I was granted permission via pro hac vice to practice in the United States District Court, Eastern District of Washington in 2006.

22. I was granted permission via pro hac vice to practice in the United States District Court, District of Oregon in 2006.

23. I have been in private practice since 1968 and for the past 39 years have practiced criminal defense exclusively.

24. I request permission of this Honorable Court to represent Jose Esquivel in all proceedings in the United States District Court for the Northern District of California in the above captioned matter based on the foregoing.

25. I have never been suspended, disciplined or disbarred from the practice of law in any jurisdiction.

26. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, and to comply with General Order No. 45, Electronic Case Filing.

27. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

Executed this 12th day of August, 2008, in La Habra, California.

/s/ Michael R. McDonnell
MICHAEL R. McDONNELL
Attorney at Law

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>JOSE ESQUIVEL,<br><br>    Defendant. | Case No. 4:08-MJ-70470-WDB-1<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Michael R. McDonnell, an active member in good standing of the bar of United States District Court, Central District of California, who business address and telephone number is Law Office of McDonnell & Kent, Inc., 418 east La Habra Blvd., La Habra, CA 90631 and (562) 694-3827, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Jose Esquivel

IT IS ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

                                          **WAYNE D. BRAZIL**
                                          **United States Magistrate Judge**