FILED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE ESQUIVEL,<br><br>  Defendant. | Case No. 4:08-MJ-70470-WDB-1<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Michael R. McDonnell, an active member in good standing of the bar of United States District Court, Central District of California, who business address and telephone number is Law Office of McDonnell & Kent, Inc., 418 east La Habra Blvd., La Habra, CA 90631 and (562) 694-3827, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Jose Esquivel

IT IS ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 8/14/08

WAYNE D. BRAZIL
United States Magistrate Judge