1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Facsimile: (510) 637-3724
       E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America

FILED

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 4-08-070470 WDB |
|  | ) No. 4-08-070461 WDB |
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] |
| vs. | ) ORDER REGARDING WAIVER OF TIME |
|  | ) PROVISIONS OF RULE 5.1 AND 18 U.S.C. |
| JOSE ANTONIO AGUILAR ESQUIVEL, | ) § 3161(b) AND SETTING DATE FOR |
|  | ) STATUS HEARING |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of this matter shall be set for September 10, 2008 at 10:00 a.m. Defendant and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 10 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest. Defendant has recently retained new counsel. Therefore, defendant's waiver is based on the need for continuity

Stip and [Proposed] Order                    1

of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between August 5, 2008 and September 10, 2008.

IT IS SO STIPULATED:

Dated: August 15, 2008

/s/ Mike McDonnell
MIKE McDONNELL
*Attorney for Defendant*

Dated: August 15, 2008

/s/ Joshua Hill
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and the parties shall appear for a status hearing in this matter on September 10, 2008 at 10:00 a.m.

Dated: August 15, 2008

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge