1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Facsimile: (510) 637-3724
       E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,         )   No. 4-08-70470 WDB
                                     )   No. 4-08-70461 WDB
15            Plaintiff,             )
                                     )   STIPULATION AND ORDER
16 vs.                               )   REGARDING WAIVER OF TIME
                                     )   PROVISIONS OF RULE 5.1 AND 18 U.S.C.
17 JOSE ANTONIO AGUILAR ESQUIVEL,    )   § 3161(b) AND SETTING DATE FOR
                                     )   STATUS HEARING
18            Defendant.             )
   _____ )
19

20      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21 and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of

22 this matter shall be set for October 28, 2008 at 10:00 a.m.  Defendant and his counsel continue to

23 waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a

24 preliminary hearing to be held within 10 days of his initial appearance and 18 U.S.C. § 3161(b)

25 requiring an indictment to be filed within thirty days from the date of arrest.  The United States

26 and defendant continue to discuss the possible resolution of this matter, which may also include

Stip and Order                          1

resolution of charges currently pending in the Eastern District of Washington. Defendant's waiver is based on the need for continuity of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between September 10, 2008 and October 28, 2008.

IT IS SO STIPULATED:

Dated: September 12, 2008          /s/ Mike McDonnell
                                   MIKE McDONNELL
                                   *Attorney for Defendant*


Dated: September 12, 2008          /s/ Joshua Hill
                                   JOSHUA HILL
                                   Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and the parties shall appear for a status hearing in this matter on October 28, 2008 at 10:00 a.m.

Dated: September  15, 2008         /s/ Wayne D. Brazil
                                   HONORABLE WAYNE D. BRAZIL
                                   United States Magistrate Judge